UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TIMOTHY JONES,

                           Plaintiff,

          -against-

Police Officers JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                          Defendants.
------------------------------------------------------------------ x

**COMPLAINT**

Jury Trial Demanded

## NATURE OF THE ACTION

1.     This is an action to recover money damages arising out of the violation of plaintiff's rights under the Constitution.

## JURISDICTION AND VENUE

2.     This action is brought pursuant to 42 U.S.C. §§ 1983 and 1988, and the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States.

3.     The jurisdiction of this Court is predicated upon 28 U.S.C. §§ 1331 and 1343.

4.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 (b) and (c).

## JURY DEMAND

5.     Plaintiff demands a trial by jury in this action.

## PARTIES

6. Plaintiff Timothy Jones ("plaintiff" or "Mr. Jones") is a resident of Kings County in the City and State of New York.

7. At all times relevant defendants Police Officers John and Jane Doe 1 through 10 were police officers, detectives or supervisors employed by the NYPD. Plaintiff does not know the real names and shield numbers of defendants John and Jane Doe 1 through 10.

8. At all times relevant herein, defendants Police Officers John and Jane Doe 1 through 10 were acting as agents, servants and employees of defendant City of New York and the NYPD. Defendants John and Jane Doe 1 through 10 are sued in their individual and official capacities.

9. At all times relevant herein, all individual defendants were acting under color of state law.

## STATEMENT OF FACTS

10. At approximately 2:00 a.m. on August 4, 2012, plaintiff was lawfully a passenger in a taxi-cab in the vicinity of 308 Cooper Street in Brooklyn, New York.

11. As Mr. Jones attempted to pay for the ride, defendants forcibly removed him from the back-seat of the vehicle and slammed him up against the car.

12. Defendants put severely tight handcuffs on Mr. Jones.

13. Plaintiff was eventually taken to a police precinct.

14. After spending approximately twenty-nine hours in custody, plaintiff was released from Brooklyn Central Booking without any charges being filed against him.

15. Plaintiff suffered damage as a result of defendants' actions.  Plaintiff was deprived of his liberty, suffered emotional distress, mental anguish, fear, pain, bodily injury, anxiety, embarrassment, humiliation, and damage to his reputation.

## FIRST CLAIM
### Unlawful Stop and Search

16. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

17. Defendants violated the Fourth and Fourteenth Amendments because they stopped and searched plaintiff without reasonable suspicion.

18. As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## SECOND CLAIM
### False Arrest

19. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

20. Defendants violated the Fourth and Fourteenth Amendments because they arrested plaintiff without probable cause.

21. As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## THIRD CLAIM
### Unreasonable Force

22. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

23. The defendants violated the Fourth and Fourteenth Amendments because they used unreasonable force on plaintiff.

24. As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## FOURTH CLAIM
### Denial Of Constitutional Right To Fair Trial

25. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

26. The individual defendants created false evidence against plaintiff.

27. The individual defendants forwarded false evidence to prosecutors in the Kings County District Attorney's office.

28. In creating false evidence against plaintiff, and in forwarding false information to prosecutors, the individual defendants violated plaintiff's constitutional

right to a fair trial under the Due Process Clause of the Fifth and Fourteenth Amendments of the United States Constitution.

29.     As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## FIFTH CLAIM
### Failure To Intervene

30.     Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

31.     Those defendants that were present but did not actively participate in the aforementioned unlawful conduct observed such conduct, had an opportunity prevent such conduct, had a duty to intervene and prevent such conduct and failed to intervene.

32.     Accordingly, the defendants who failed to intervene violated the Fourth, Fifth and Fourteenth Amendments.

33.     As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff respectfully requests judgment against defendants as follows:

(a) Compensatory damages against all defendants, jointly and severally;

(b) Punitive damages against the individual defendants, jointly and severally;

(c) Reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 1988; and

(d) Such other and further relief as this Court deems just and proper.

DATED:   November 19, 2012
              New York, New York

                    HARVIS WRIGHT
                    SALEEM & FETT LLP

                    _____
                    Gabriel Harvis
                    305 Broadway, 14th Floor
                    New York, New York 10007
                    (212) 323-6880
                    gharvis@hwsflegal.com

                    *Attorney for plaintiff*